# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ANGEL FERMIN DELGADO,**

                                      Civil No.  2:19–cv–254
                                       Crim No. 2:17–cr–119
      **Movant,**                       Judge Michael H. Watson
                                        Magistrate Judge Kimberly A. Jolson

    v.

**UNITED STATES OF AMERICA,**

      **Respondent.**

## OPINION AND ORDER

On February 14, 2019, the Magistrate Judge issued a *Report and Recommendation* ("R&R"), ECF No. 41, recommending that the motion to vacate under 28 U.S.C. § 2255, ECF No. 40, which was construed as a motion made under 28 U.S.C § 2241, be dismissed without prejudice because this Court lacks jurisdiction to entertain Movant's claim. Although the parties were advised of the right to object to the R&R, and of the consequences of failing to do so, no objections have been filed. The R&R, ECF No. 41, is therefore, **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED WITHOUT PREJUDICE.**

    IT IS SO ORDERED.

                                                                       _____
                                                         MICHAEL H. WATSON, JUDGE
                                                         UNITED STATES DISTRICT COURT